BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROBERT WEBER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. CR-05 00327 SBA |
|   ) | |
| Plaintiff,  ) | ORDER RELEASING DEFENDANT FROM CUSTODY |
|   ) | |
| vs.  ) | |
|   ) | |
| ROBERT WEBER,  ) | |
|   ) | |
| Defendant.  ) | |
| _____) | |

Defendant Robert Weber appeared before this Court on October 4, 2005 regarding alleged violations of the terms of his supervised release. Upon consideration of the parties' joint recommendation and good cause appearing therefor, IT IS ORDERED that the U.S. Marshals release Mr. Weber from custody forthwith. Mr. Weber is directed to meet with his probation officer within twenty-four hours of his release, unless the probation officer directs otherwise.

Dated: October 4, 2005

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

REL ORD                                      1