STEVEN G. KALAR
Federal Public Defender
ELLEN LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
ROBERT EDWIN WEBER

FILED
DEC 1 9 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EDWIN WEBER,<br><br>Defendant. | CR 05-00327 SBA<br><br>STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference regarding detention on supervised release violation, currently set for December 27, 2012 at 9:30 a.m., be vacated and re-set for January 2, 2013 at 9:30 a.m.

Mr. Weber's attorney, Assistant Federal Public Defender Jerome Matthews, was not able to appear in court on December 19, 2012, when the December 27, 2012 court date was set. The continuance is requested to allow Mr. Matthews adequate time to review the discovery that was provided and to discuss the matter with Mr. Weber.

Date: December 19, 2012          /s/ _____

```
                                        Ellen V. Leonida
                                        Assistant Federal Public Defender


Date: December 19, 2012                        /s/
                                        JAMES C. MANN
                                        Assistant United States Attorney
```

## ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 2, 2013, at 9:30 a.m., before the Oakland Duty Magistrate.

IT IS SO ORDERED.

```
  12/19/12                               /s/ Kandis Westmore
-----------                        -----------------------------------
Date                                    HON. KANDIS WESTMORE
                                        UNITED STATES MAGISTRATE JUDGE
```