|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   | UNITED STATES DISTRICT COURT |
| 7   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 8   | OAKLAND DIVISION |
| 9   |     |

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff,      vs.  ROBERT WEBER,      Defendant. | Case No:  CR 05-00327 SBA  **ORDER OF REFERENCE** |

Pursuant to 18 U.S.C. § 3401(i), the parties have filed a stipulation to designate a magistrate judge of this Court to conduct the supervised release violation hearing in this matter.  Dkt. 94.  Section 3401(i) provides that:

> A district judge may designate a magistrate judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the judge proposed findings of fact and recommendations for such modification, revocation, or termination by the judge, including, in the case of revocation, a recommended disposition under section 3583(e) of this title. The magistrate judge shall file his or her proposed findings and recommendations.

18 U.S.C. § 3401(i).  In order for a magistrate judge to preside over a revocation hearing, a district judge must have "designate[d] the magistrate judge to conduct the revocation hearing" and the defendant must give "express consent." United States v. Sanchez-Sanchez, 333 F.3d 1065, 1070 (9th Cir. 2003).  In view of Defendant's express consent, see Dkt. 94 at 1,

1  IT IS HEREBY ORDERED THAT, pursuant to 18 U.S.C. § 3401(i), Magistrate
2  Judge Donna Ryu is DESIGNATED to conduct hearings to modify, revoke, or terminate
3  supervised release, including evidentiary hearings, and to submit to this Court proposed
4  findings of fact and recommendations for such modification, revocation, or termination by
5  the judge, including, in the case of revocation, a recommended disposition under section
6  3583(e) of this title.  The hearing is scheduled to occur on **January 25, 2016 at 9:30 a.m.**
7  IT IS SO ORDERED.
8  Dated:  1/19/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge